JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle R. Galindo,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00373-ADA-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 18-day extension of time, from November 14, 2022 to December 2, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time.  Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022.

Thus, Counsel is working limited hours for the months of October and December 2022.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                        Respectfully submitted,

Dated: November 10, 2022       PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff

Dated: November 10, 2022       PHILLIP A. TALBERT
                                          United States Attorney
                                          PETER K. THOMPSON
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

By:  **/s/ Caspar Chan*
     Caspar Chan
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on November 10, 2022)

IT IS SO ORDERED.

   Dated:  **November 10, 2022**           **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE